No. 95–6958. STOKES v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 95–6959. PLUMLEE ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 95–6960. SHAFER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 95–6965. CORTEZ v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 95–6968. WRIGHT v. UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO. C. A. 6th Cir. Certiorari denied.

No. 95–6971. ARAIZA-TOVAR v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–6976. MORGA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–6981. OKOLO v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 95–6985. TAYLOR v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 95–6989. JOHNSON v. MARYLAND. C. A. 4th Cir. Certiorari denied.

No. 95–6991. INGRAM v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–6999. PATCH v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–7001. BURNS v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 95–424. TURF LAWNMOWER REPAIR, INC., ET AL. v. BERGEN RECORD CORP. ET AL. Sup. Ct. N. J. Motion of New Jersey Press Association for leave to file a brief as *amicus curiae* granted. Certiorari denied.